1  Ann M. Cerney, SBN: 068748
   CERNEY KREUZE & LOTT, LLP
2  Attorneys at Law
   45 Hunter Square Plaza
3  Stockton, California  95202
   Telephone: (209) 948-9384
4  Facsimile:  (209) 948-0706

5  Attorney for Plaintiff

6

7

8          **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                     —o0o—

10 BIBI RAKHSANA HAYEE,                    CASE NO. 2:09-CV-02285-KJN

11              Plaintiff,          **ORDER EXTENDING
                                    PLAINTIFF'S TIME TO RESPOND TO**
12 vs.                             **DEFENDANT'S ANSWER**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16         Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time

17 to respond to Defendant's Answer, the request is hereby APPROVED.

18         Plaintiff shall file her response on or before May 10, 2010.

19         SO ORDERED.

20

21 DATED:  April 21, 2010

22

23

24                                        _____
                                          KENDALL J. NEWMAN
25                                        UNITED STATES MAGISTRATE JUDGE

26

27

28